**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 24, 2014 |
| Court Reporter: Janet Coppock | Time: 35 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 14-CR-00091-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Robert Brown |
| Plaintiff, | |
| vs. | |
| **SARAH R. GARCIA,** | Ronald Hahn |
| Defendant. | |

**MOTIONS HEARING**

**2:04 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**ORDERED:**  Defendant's Motion for Notice and Disclosure of Rule 404(B), Rule 608 and Rule 609 Evidence [Docket No. 14], is **DENIED in PART and DENIED as MOOT in PART**.

**Defendant's Motion to Produce Discovery [Docket No. 16]**

Argument by Mr. Hahn.

Page Two
14-CR-00091-PAB
April 24, 2014

Argument by Mr. Brown.

**ORDERED:** Defendant's Motion to Produce Discovery [Docket No. 16], is **DENIED as MOOT in PART and DENIED WITHOUT PREJUDICE in PART** to the defendant filing a motion closer to trial regarding the mental health report.

**ORDERED:** Defendant's Motion for Preservation and Production of Rough Interview Notes and Reports [Docket No. 17], is **GRANTED**, to the extent indicated in the Government's response.

**ORDERED:** Defendant's Motion for Disclosure of the Government's Intention to Introduce Evidence Pursuant to Rule 801(D)(2)(C), or (E) and for Information Regarding Declarants and Co-Conspirators [Docket No. 18], is **DENIED.** If during trial preparation the Government determines it intends to introduce co-conspirator hearsay statements, it shall provide notice at that time.

**Defendant's Motion for an Ends-Of-Justice Continuance [Docket No. 15]**

Argument by Mr. Hahn in support of the defendant's motion. Questions by the Court.

Court states its finding and concludes that the ends of justice served by excluding **90 days from today** from the speedy trial calculations outweigh the best interest of the public and the defendant in a speedy trial. To require defendant to go to trial within the established speedy trial deadline would be unreasonable, taking into account due diligence.

**ORDERED:** Defendant's Motion for an Ends-Of-Justice Continuance [Docket No. 15], is **GRANTED**.

**ORDERED:** Trial scheduled for May 13, 2014 at 8:00 a.m. is **VACATED** and rescheduled to **August 12, 2014 at 8:00 a.m.** Trial preparation conference scheduled for May 9, 2014 at 2:00 p.m. is **VACATED** and rescheduled to **August 8, 2014 at 1:30 p.m.**

**ORDERED:** If the defendant determines she needs to file additional motions, she is directed to file a motion for leave to file motions and those additional motions.

**Defendant's Motion to Suppress Statements [Docket No. 19]**

Comments by Mr. Brown.

Page Three
14-CR-00091-PAB
April 24, 2014

Comments by Mr. Hahn.

**ORDERED:** Government shall file a supplement to its response to the defendant's motion to suppress statements, in light of Mr. Brown's comments on or before **May 1, 2014.**

**ORDERED:** Bond is continued.

**2:39 p.m.      COURT IN RECESS**

**Total in court time:        35 minutes**

**Hearing concluded**