## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE PHILIP A. BRIMMER

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks
Court Reporter: Janet Coppock
Probation Officer: Nicole Peterson

Date: January 16, 2015
Time: 57 minutes
Interpreter:   n/a

---

### CASE NO.  14-CR-00091-PAB

<u>Parties</u>

<u>Counsel</u>

**UNITED STATES OF AMERICA,**

Robert Brown

        Plaintiff,

vs.

**SARAH R. GARCIA,**

Ronald Hahn

        Defendant.

---

### SENTENCING

---

**10:22 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
14-CR-00091-PAB
January 16, 2015

Comments by Mr. Brown in support of the Government's Motion for Downward Departure from the Advisory Guideline Level Pursuant to Section 5K1.1 of the United States Sentencing Guidelines.

Comments by Mr. Hahn.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure from the Advisory Guideline Level Pursuant to Section 5K1.1 of the United States Sentencing Guidelines [Docket No. 57], is **GRANTED**.

Loretta Chavez addresses the Court on behalf of the defendant.

Argument by Mr. Hahn in support of the defendant's Motion for Non Guideline Sentence Pursuant to Title 18, United States Code, Section 3553 and comments addressing sentencing.

Argument by Mr. Brown and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Non Guideline Sentence Pursuant to Title 18, United States Code, Section 3553 [Docket No. 58], is **GRANTED**.

Defendant entered her plea on **September 5, 2014** to count **1 of the Indictment.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be placed on probation for a period of **5** years.

**ORDERED:   Conditions** of Probation are that:
   (**X**)   Defendant shall not commit another federal, state or local crime.
   (**X**)   Defendant shall not illegally possess controlled substances.

Page Three
14-CR-00091-PAB
January 16, 2015

(**X**)    Defendant shall not possess a firearm or destructive device.

(**X**)    Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

(**X**)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

(**X**)    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the Presentence Report indicates a low risk of furture substance abuse.

**ORDERED:** **Special Condition** of Probation are that:

(**X**)    Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

(**X**)    As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(**X**)    All employment for the defendant shall be approved in advance by the supervising probation officer.

(**X**)    Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

()    Defendant shall be placed on home detention for a period of **six** months, to commence within **21** days of sentencing.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.  The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Page Three
14-CR-00091-PAB
January 16, 2015

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant shall make **restitution** as follows:

| <u>Name of Victim</u> | <u>Amount</u> |
|---|---|
| Western Union Financial Services<br>Attn: Floyd J. Pierce<br>Re: Sarah R. Garcia, 14-cr-00091-PAB<br>12500 East Belford Avenue<br>Englewood, Colorado 80112 | **$ 139,118.75** |

**ORDERED:**   Restitution IS ordered jointly and severally with the defendants in United States District Court, District of Colorado, Case Number 13-cr-00474-REB (Gardner, A. Gray, K. Gray, Richardson, and Thomas.

**ORDERED:**   Interest on restitution is **WAIVED**.

**ORDERED:**   Counts 2 through 8 of the Indictment are **DISMISSED**.  Government shall file a written motion.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Bond is exonerated.

**11:19 a.m.   COURT IN RECESS**

**Total in court time:   57 minutes**

**Hearing concluded**